IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE

    Petitioner,               No. 2:10-cv-3114 WBS JFM (HC)

    vs.

ANGELICA LAUER,

    Respondent.           FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a civil action on the form for filing a petition writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid a filing fee for this action nor filed a request to proceed in forma pauperis.

        Petitioner has failed to specify any grounds for relief in his petition. See Rule 2(c), Rules Governing § 2254 Cases. The petition is comprised of allegations against network television anchor Matt Lauer and a woman identified as Angelica Lauer, alleged to be Matt Lauer's wife, allegations which appear to be delusional.[1] By order filed December 10, 2010, petitioner's application for writ of habeas corpus was dismissed, the Clerk of the Court was directed to send a copy of petitioner's application to counsel for the plaintiff class in Coleman v.

---

[1] Court records reflect that petitioner has recently filed several other actions containing similar allegations.

1

1  Schwarzenegger, No. 2:90-cv-0520 LKK JFM, and petitioner was ordered to show cause in
2  writing within thirty days why this action should not be dismissed without prejudice.
3          On December 20, 2010 and December 23, 2010, petitioner filed responses to the
4  order to show cause.[2]  In neither has he shown good cause for maintaining this habeas corpus
5  action; specifically, he has not advanced any basis for challenging his criminal conviction or
6  sentence in a habeas corpus action filed in this court.
7          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
8  without prejudice.
9          These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
11 days after being served with these findings and recommendations, petitioner may file written
12 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
13 Findings and Recommendations."  Any response to the objections shall be filed and served
14 within fourteen days after service of the objections.  Petitioner is advised that failure to file
15 objections within the specified time may waive the right to appeal the District Court's order.
16 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: January 13, 2011.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

12
dupr3114.156

---

[2] The responses appear to be virtually identical.

2